UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| OPHELIA WOODSON, et al. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-314 as |
| | ) | Consolidated with Case No 2:07-cv-315 |
| RUDOLPH CLAY, et al., | ) | |
|     Defendants. | ) | |

NOTICE OF PARTIAL SETTLEMENT

Come now the parties by Counsel, and, pursuant to L.R. 16.1(j) of the Local Civil Rules of Court, advise the Court that the Parties, Ophelia Woodson, Plaintiff and Rudolph Clay, Gary Sanitary District in Case No. 2:07-cv-314, have reached a settlement agreement settling all claims in the case under consolidated Case No. 2:07-cv-314.

The parties, by counsel, further advise the Court that the consolidated case of Silas Wilkerson v. Rudolph Clay, the Gary Sanitary District, Case No. 2:07-cv-315, continues on the Court's docket, now set for trial on Tuesday, September 8, 2009.

Respectfully submitted,

| | |
|---|---|
|  S: Bryan K. Bullock              |  S:Charles D. Brooks, Jr.          |
| Bryan K. Bullock | Charles D Brooks, Jr. |
| Attorney for the Plaintiff | Attorney for the Defendants. |

**Bryan K. Bullock**             **Law Offices of**
**Attorney at Law**              **CHARLES D. BROOKS, JR.**
7863 Broadway, Suite 222         2200 Grant Street, Suite 100
Merrillville, IN 46410           Gary, IN 46404
(219) 472-1546                   (219) 944-8586

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| OPHELIA WOODSON, et al. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-314 as |
| | ) | Consolidated with Case No 2:07-cv-315 |
| RUDOLPH CLAY, et al., | ) | |
| Defendants. | ) | |

I hereby certify that on this 3rd day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following: Bryan K. Bullock, and electronically served Bryan K. Bullock with copies of such filing.

Respectfully submitted,

**Law Offices of**
**CHARLES D. BROOKS, JR.**
Attorney for the Defendants,

s/Charles D. Brooks, Jr
Charles D. Brooks, Jr.
Attorney at Law
2200 Grant Street, Suite 100
Gary, IN 46404
Tele: (219) 944-8586
Fax:  (219) 944-5638

**Distribution List:**

Bryan K. Bullock, Esq.
7863 Broadway, Suite 222
Merrillville, IN 46410
attybullock@yahoo.com